NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**HOMESOURCE REAL ESTATE ASSET SERVICES, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

**and**

**BLB RESOURCES, LLP,**
*Defendant,*

**and**

**OFORI AND ASSOCIATES,**
*Defendant-Appellee.*

**and**

**HOME TELOS, LP (also known as Home Telos, LP),**
*Defendant-Appellee.*

———————————

2011-5011

———————————

Appeal from the United States Court of Federal Claims in No. 10-CV-416, Chief Judge Emily C. Hewitt.

---

**JUDGMENT**

---

JOHN M. MURDOCK, Benton, Potter & Murdock, PC, of Falls Church, Virginia, argued for the plaintiff-appellant. With him on the brief was JANINE S. BENTON. Of counsel was JAMES S. DELSORDO, Argus Legal, LLC, of Manassas, Virginia.

JOSEPH E. ASHMAN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for the defendant-appellee United States. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and ALAN J. LO RE, Assistant Director. Of counsel on the brief was TODD P. MAIBERGER, Office of General Counsel, United States Department of Housing and Urban Development, of Washington, DC.

J. ALEX WARD, Jenner & Block LLP, of Washington, DC, argued for defendant-appellee Home Telos, LP. With him on the brief were LESLIE H. LEPOW, ERIC R. HAREN and DAMIEN C. SPECHT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and LINN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 4, 2011           /s/ Jan Horbaly
Date                  Jan Horbaly
                      Clerk